

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,984-05, 81,984-06 & 81,984-07

### EX PARTE ROYCE WILLIAM TAWATER, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. WRIT10814, WRIT10815, & WRIT10816
### IN THE 196TH DISTRICT COURT FROM HUNT COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of aggravated assault with a deadly weapon, deadly conduct discharging a firearm, and unlawful possession of a firearm by a felon and sentenced to thirty-four, twenty and twenty years' imprisonment respectively. The Sixth Court of Appeals affirmed his convictions. *Tawater v. State*, Nos. 06-14-00094-CR & 06-14-00095-CR (Tex. App. — Texarkana, Feb. 4, 2015, Feb. 4, 2015); *Tawater v. State*, No. 06-14-00075-CR (Tex. App. — Texarkana, Dec. 10, 2014). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claim of newly discovered

evidence is without merit. Therefore, we deny relief.

Applicant's remaining claims challenging his conviction on the grounds of competency, no evidence and improper handling of his previous writs are dismissed pursuant to TEX. CODE CRIM. PRO. Art. 11.07 §4.

Filed: December 9, 2020
Do not publish